IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY M. GOEKEN, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | 8:18CV320 <br><br> JUDGMENT |

Pursuant to the Order entered today (Filing No. 36), judgment is entered in favor of plaintiff Jeffrey M. Goeken and against defendant Kilolo Kijakazi, Acting Commissioner of Social Security, in the amount of $1,000 in attorney fees and $400 in costs.

Dated this 13th day of August 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge