IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY M. GOEKEN, | |
| Plaintiff, | 8:18CV320 |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | JUDGMENT |
| Defendant. | |

In accordance with the Memorandum and Order entered today (Filing No. 40), plaintiff Jeffrey M. Goeken is awarded $4,989.00 in attorney fees pursuant to 42 U.S.C. § 406(b). The fee award shall be paid from the 25% of past-due benefits being held by the Social Security Administration for direct payment to counsel.

Dated this 7th day of December 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge